# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cinthya Ramirez, | No. CV-20-02212-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Design Plastering Incorporated, et al., | |
| Defendants. | |

**IT IS ORDERED** granting the stipulation of dismissal (Doc. 46).

**IT IS FURTHER ORDERED** that all claims in the above-captioned case are dismissed with prejudice, with each party bearing its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that all hearings and deadlines are vacated, and all pending motions are denied as moot.

Dated this 4th day of January, 2022.

Dominic W. Lanza
United States District Judge